AE

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: A.K.A. DR. RABBI K.A. ISRAEL, CONSULAR ATTORNEY, DR. RABBI K. GARTH RICHARDSON, CONSULAR ATTORNEY
(Please print)

STREET ADDRESS: P.O. Box 803241

CITY/STATE/ZIP: CHICAGO, ILL.,

PHONE NUMBER: 773-469-8132

CASE NUMBER: 07CV 6609
JUDGE LEFKOW
MAGISTRATE JUDGE MASON

Dr. Rabbi K. A. Israel
Signature

Nov. 26, 2007
Date

FILED
NOV 2 6 2007  NF
Nov 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT