IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 3 0 2007
11-30-2007
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

DR. RABBI K. A. ISRAEL, CONSULAR ATTY.,
THE BROTHER OF, AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,

PLAINTIFF

CASE NO. 07-CV-6609

VS.

THOMAS MARTIN LAKE, ATTORNEY AT LAW, AND
THE INSURERS OF THOMAS M. LAKE,

DEFENDANT

HON. JUDGE JOAN H. LEFKOW,
PRESIDING,

HON. MAG. JUDGE MASON,
MAGISTRATE JUDGE,

## NOTICE OF MOTION

TO: THOMAS MARTIN LAKE, ATTY. AT LAW,
& THE INSURERS OF THOMAS M. LAKE,
100 EAST COOK AVENUE, 2ND. FLOOR,
LIBERTYVILLE, ILLINOIS, 60048

THOMAS M. LAKE ATTY. AT LAW,
THE INSURERS OF THOM. M. LAKE,
30 NO. LASALLE ST., STE. 2800,
CHICAGO, ILLINOIS, 60602

On DECEMBER 11, 2007, at 9:00 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE JOAN H. LEFKOW, in Courtroom 1925 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present PLAINTIFF'S MOTION TO CORRECT CLERICAL MISTAKES IN THE COURT'S DOCKET IN ACCORDANCE WITH THE ORIGINAL 'CASE-CAPTION' AND 'CIVIL-COVERSHEET' UNDER, AND PURSUANT TO F.R.C.P. 60(a); CLERICAL MISTAKES."

Name DR. RABBI K. A. ISRAEL,
Address P.O. BOX 803241,
City / Zip CHICAGO, ILLINOIS, 60680-3241
Telephone (773)-469-8132

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 30 day of NOVEMBER, 2007, I served a copy of this notice to each person whom it is directed by way of CERTIFIED MAIL, VIA CARDISS COLLINS POST-OFFICE, LOOP POST-OFFICE, BEFORE 5:00 P.M..

*DR. Rabbi K. A. Israel*
SIGNATURE / CERTIFICATION

NOVEMBER 30, 2007

07C 6609  07C 6609  JUDGE JOAN H. LEFKOW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

MAGISTRATE JUDGE MASON

| | |
|---|---|
| DR. RABBI K. A. ISRAEL, CONSULAR ATTY., BROTHER OF, AND THE GUARDIAN FOR, MS. BEATRICE DEMETRICE GARTH, P.O. BOX 803241, CHICAGO, ILLINOIS, 60680-3241 TELE.#: (773)-469-8132 <br><br>                                    PLAINTIFF, <br><br> VERSUS   JUDGE JOAN H. LEFKOW <br><br> THOMAS M. LAKE, ATTORNEY AT LAW, 100 EAST COOK AVENUE, 2ND. FLOOR, LIBERTYVILLE, ILLINOIS, 60048 TELE. #: (847)-362-5385 <br><br>                                    DEFENDANT, <br><br> AND THE INSURERS OF THOMAS MARTIN LAKE, ATTORNEY AT LAW, 30 NO. LASALLE STREET, SUITE 2800, CHICAGO, ILLINOIS, 60602 TELEPHONE: (312)-263-6300 <br>                                    DEFENDANT, <br><br> **RECEIVED** <br> NOV 26 2007 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT <br><br> JURY TRIAL DEMANDED UNDER, AND PURSUANT TO, F.R.C.P. (38): JURY TRIAL OF RIGHT; (a), (b), (c) AND F.R.C.P. (40): ASSIGNMENT OF CASES FOR TRIAL, AND THE SEVENTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA, ET AL.. | COMPLAINT FOR VIOLATIONS OF 42 U.S.C. ss 1983, AND A.B.A. MODEL RULES OF PROF. CONDUCT, RULE(S): 3.7(a); MIS-APPROPRIATION, TITLE 42; CHAPTER (21), SUBCH. (I), ss 1985; PARA. (2): OBSTRUCTING JUSTICE, AND INTIMIDATING PARTY AND WITNESS, ET AL., SUP. COURT OF ILL. RULES OF PROF. CONDUCT: RULE 8.4; MISCONDUCT: 8.4(a)(1), (a)(2), (a)(3), (a)(4), (a)(5), (9)(A) ET AL., <br><br> CIVIL ACTION NO.: <br><br> HON. JUDGE:  JUDGE JOAN H. LEFK <br><br> MAGISTRATE JUDGE MASO <br> HON. MAG. JUDGE: <br><br> DAMAGES CLAIMED:$2,777,000.00 TWO-MILLION-SEVEN-HUNDRED AND SEVENTY-SEVEN THOUSAND DOLLARS; U.S. CURRENCY. <br><br> DISTRICT COURT JURISDICTION: 28 U.S.C. ss 1343(a)(1), (a)(2), (a)(3), (a)(4); CIVIL RIGHTS & ELECTIVE FRANCHISE, <br><br> ARTICLE (III): ss (1) & (2), ARTICLE (IV) ss (1) & (2), ART. (VI): PARA. (2) & (3), AND AMENDMENT(S) (I), (IV), (V), (VI), (VII), (VIII), (IX), (X), (XIV): ss (1), & (XV) OF THE U.S. CONST., & 28 U.S.C. ss 1331, <br> VENUE: 28 U.S.C. ss 1391a-c. |



1-14.

**MAGISTRATE JUDGE MASON**　　　　　　　　**JUDGE JOAN H. LEFKOW**

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS** DR. RABBI K. A. ISRAEL, THE BROTHER OF, AND GUARDIAN FOR, MS. BEATRICE DEMETRICE GARTH,

**DEFENDANTS:** THOMAS MARTIN LAKE, ATTORNEY AT LAW, AND THE INSURERS OF THOMAS M. LAKE,

**(b) County of Residence of First Listed Plaintiff** COUNTY OF COOK, (EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant COUNTY OF COOK, (IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**07C 6609**

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
PARALEGALS FOR CIVIL RIGHTS & HUMAN RIGHTS, INTERNATIONALE,

Attorneys (If Known)
OF COUNSEL: JOHN M. BURKE,

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- XXX 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | XXX 1 | XX | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | | XX 410 Antitrust XX |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury—Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl. vet.) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 490 Cable/Satellite TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | | | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Inj. / ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Security/Commodity/Exch. |
| ☐ 195 Contract Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 ADA—Employment / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 ADA—Other / ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

XXX 1 Original Proceeding　☐ 2 Removed from State Court　☐ 3 Remanded from Appellate Court　☐ 4 Reinstated or Reopened　☐ 5 Transferred from another district (specify)　☐ 6 Multidistrict Litigation　☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

TITLE 15 CHAP. (1), ss (13)(a), (13)(b), & ss (15)(a), ET AL., DISCRIMIN. IN SERV.

### VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ $$2,777,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: XX Yes ☐ No

### IX. This case　XXXX is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: NOVEMBER 26, 2007

SIGNATURE OF ATTORNEY OF RECORD: *Dr. Rabbi K. A. Israel*