IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N
NOV 3 0 2007
11-30-2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DR. RABBI K. A. ISRAEL, CONSULAR ATTY.,
THE BROTHER OF, AND GUARDIAN FOR,
MS. BEATRICE DEMETRICE GARTH,

PLAINTIFF

vs.

THOMAS MARTIN LAKE, ATTORNEY AT LAW,
AND THE INSURERS OF THOMAS M. LAKE,

DEFENDANT

CASE NO. 07-CV-6609

HON. JUDGE JOAN H. LEFKOW,
PRESIDING,

HON. MAG. JUDGE MASON,
MAGISTRATE JUDGE,

## NOTICE OF MOTION

TO: THOMAS MARTIN LAKE, ATTY. AT LAW,
& THE INSURERS OF THOMAS M. LAKE,
100 EAST COOK AVENUE, 2ND. FLOOR,
LIBERTYVILLE, ILLINOIS, 60048

THOMAS M. LAKE, ATTY. AT LAW,
THE INSURERS OF THOM. M. LAKE,
30 NO. LASALLE ST., SUITE 2800,
CHICAGO, ILLINOIS, 60602

On DECEMBER 11, 2007, at 9:00 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable JUDGE JOAN H. LEFKOW in Courtroom 1925 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present "PLAINTIFF'S MOTION TO AUTHORIZE THE NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONSES, UPON THE DEFENDANTS UNDER, AND PURSUANT TO, F.R.C.P. (1.) THROUGH F.R.C.P. 4(n)(2) THROUGH F.R.C.P. 86(e)."

Name DR. RABBI K. A. ISRAEL,
Address P.O. BOX 803241,
City/Zip CHICAGO, ILLINOIS, 60680-3241
Telephone (773)469-8132

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 30TH day of NOVEMBER, 2007, I served a copy of this notice to each person whom it is directed by way of CERTIFIED MAIL, CARDISS COLLINS POST-OFFICE, LOOP POST OFFICE, BEFORE 5:00 P.M..

DR. Rabbi K.A. Israel

NOVEMBER 30, 2007