# United States District Court

## Northern District of Illinois
Eastern Division

Israel                                        **JUDGMENT IN A CIVIL CASE**

         v.                                  Case Number: 07 C 6609

Lake

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of subject matter jurisdiction.

                                                          Michael W. Dobbins, Clerk of Court

Date: 12/5/2007                               _____

                                                         /s/ Michael Dooley, Deputy Clerk

# United States District Court

## Northern District of Illinois
Eastern Division

Israel                                         **JUDGMENT IN A CIVIL CASE**

          v.                                            Case Number: 07 C 6609

Lake

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of subject matter jurisdiction.

                                                   Michael W. Dobbins, Clerk of Court

Date: 12/5/2007                              _____

                                                         /s/ Michael Dooley, Deputy Clerk