# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6609 | **DATE** | 1/8/2008 |
| **CASE TITLE** | Israel vs. Lake | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for judicial notice of adjudicative facts, F.R.E. 201 [9] is denied because the rules of evidence concern the admissibility of evidence. This case was dismissed for lack of jurisdiction and without the taking of evidence; thus Rule 201 is not germane, The motion for declaratory judgment [9] is denied because the court lacks subject matter jurisdiction of plaintiff's claim [See #8]. The motion for reconsideration [9] is denied because the court is confident that its order [#8] dismissing the case of lack of jurisdiction is correct . The motion to proceed on appeal in forma pauperis [9] is denied because an appeal would be frivolous for reasons stated in the order of dismissal.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|