CH

KC FILED

JAN 08 2008
JAN 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** DR. RABBI K.A. ISRAEL, CONSULAR ATTORNEY
A.K.A. DR. RABBI K. GARTH RICHARDSON, CONSULAR ATTY.,
(Please print)

**STREET ADDRESS:** P.O. Box 803241,

**CITY/STATE/ZIP:** CHICAGO, IL,

**PHONE NUMBER:** (773)-469-8207

**CASE NUMBER:** 07-CV-6609

_____      JAN. 08, 2008
Signature                                Date