

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**

312-435-5670

January 24, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Israel -v- Lake

U.S.D.C. DOCKET NO. : 07 cv 6609

U.S.C.A. DOCKET NO. :

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)          *1 Volume Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

>Very truly yours,
>
>Michael W. Dobbins, Clerk
>
>By:_____
>     D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Israel -v Lake.

USDC NO.   : 07 cv 6609

USCA NO.   :

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 24th day of Jan. 2008.

        MICHAEL W. DOBBINS, CLERK

    By: _____
        D. Jordan, Deputy Clerk

APPEAL, MASON, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06609
# Internal Use Only

| | |
|---|---|
| Israel v. Lake et al<br>Assigned to: Honorable Joan H. Lefkow<br>Demand: $2,777,000<br>Cause: 28:1331 Fed. Question: Employment Discrimination | Date Filed: 12/05/2007<br>Date Terminated: 12/05/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 410 Anti-Trust<br>Jurisdiction: Federal Question |

**Plaintiff**

**CONSULAR Rabbi K.A. Israel**　　represented by　**Rabbi K.A. Israel**
*Counsular Atty., Brother of, and the*　　　　　　　　　　　　Paralegals for Economic Foundations
*Guardian for, Ms. Beatrice Demetrice*　　　　　　　　　　　P.O. Box 803241
*Garth*　　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60680-3241
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(773)469-8207
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: bioengenetics@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Defendant**

**Thomas M Lake**
*Attorney at Law*

**Defendant**

**Insurers of Thomas Martin Lake**
*Attorney at Law*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | [1](#) | RECEIVED Complaint and no copies by Rabbi K.A. Israel. (ef, ) (Entered: 11/27/2007) |

| | | |
|---|---|---|
| 11/26/2007 | [2](#) | CIVIL Cover Sheet. (ef, ) (Entered: 11/27/2007) |
| 11/26/2007 | [3](#) | PRO SE Appearance by Plaintiff Rabbi K.A. Israel. (ef, ) (Entered: 11/27/2007) |
| 11/26/2007 | [4](#) | APPLICATION by Plaintiff Rabbi K.A. Israel for leave to proceed in forma pauperis. (Poor Quailty Original - Paper Document on File.) (ef, ) Modified on 11/27/2007 (tlm). (Entered: 11/27/2007) |
| 11/30/2007 | [5](#) | MOTION by Plaintiff Rabbi K.A. Israel to amend/correct clerical mistakes in the Court's Docket. (tlm) (Entered: 12/03/2007) |
| 11/30/2007 | [6](#) | NOTICE of Motion by Rabbi K.A. Israel for presentment of motion to amend/correct [5](#) before Honorable Joan H. Lefkow on 12/11/2007 at 9:00 AM. (tlm) Modified on 1/9/2008 (tlm). (Entered: 12/03/2007) |
| 12/05/2007 | [7](#) | MINUTE entry before Judge Joan H. Lefkow :Plaintiff's complaint is dismissed for lack of subject matter jurisdiction. Plaintiff's application to proceed in forma pauperis [4](#), "Plaintiff's Motion to Correct Clerical Mistakes..." [5](#), and "Plaintiff's Motion to Authorize the Notice of Lawsuit... " [6](#) are denied. Noticed motion date of 12/11/2007 is stricken and case will not be called in court on 12/11/2007. Civil Case Terminated. Mailed notice (mad, ) (Entered: 12/05/2007) |
| 12/05/2007 | | (Court only) ***Civil Case Terminated. (mad, ) (Entered: 12/05/2007) |
| 12/05/2007 | [8](#) | ENTERED JUDGMENT on 12/5/2007:Mailed notice(mad, ) (Entered: 12/05/2007) |
| 12/26/2007 | [9](#) | MOTION by Plaintiff Rabbi K.A. Israel for leave to appeal in forma pauperis, for declaratory judgment, and for judicial notice of adjudicative facts. (tlm) (Entered: 01/02/2008) |
| 12/26/2007 | [10](#) | NOTICE of Motion by Rabbi K.A. Israel for presentment of motion for leave to appeal in forma pauperis, motion for declaratory judgment, and motion for miscellaneous relief [9](#) before Honorable Joan H. Lefkow on 1/8/2008 at 9:00 AM. (tlm) (Entered: 01/02/2008) |
| 01/04/2008 | [11](#) | NOTICE of appeal by Rabbi K.A. Israel regarding orders [7](#), [8](#) (ifp pending) (dj, ) (Entered: 01/09/2008) |
| 01/04/2008 | [12](#) | DOCKETING Statement by Rabbi K.A. Israel regarding notice of appeal[11](#) (dj, ) (Entered: 01/09/2008) |
| 01/08/2008 | [14](#) | MINUTE entry before Judge Joan H. Lefkow: Plaintiff's motion for adjudicative facts, F.R.E. 201 [9](#) is denied because the rules of evidence concern the admissibility of evidence. This case was dismissed for lack of jurisdiction and without the taking of evidence; thus Rule 201 is not germane. The motion for declaratory judgment [9](#) is denied, because the court lacks subject matter jurisdiction of plaintiff's claim [see #8]. The motion for reconsideration [9](#) is denied, because the court is confident that its order #8 dismissing the case of lack of jurisdiction is correct. |

| | | |
|---|---|---|
| | | The motion to proceed on appeal in forma pauperis 9 is denied, because an appeal would be frivolous for reasons stated in the order 9 of dismissal. Mailed notice (tlm) (Entered: 01/09/2008) |
| 01/08/2008 | 16 | PRO SE Appearance by Plaintiff Rabbi K.A. Israel. (tlm) (Entered: 01/10/2008) |
| 01/08/2008 | 17 | NOTICE by Rabbi K.A. Israel of Change of Address. (tlm) (Entered: 01/11/2008) |
| 01/09/2008 | 13 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 01/09/2008)~~ |
| 01/09/2008 | 15 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 11. Notified counsel (dj, ) (Entered: 01/09/2008)~~ |

**KEY**

```
All items are included in this record.
All cross out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```