# United States Court of Appeals

### For the Seventh Circuit

### Chicago, Illinois 60604



**Date: January 22, 2008**

**TO:  District Court Clerk**

**RE:  Notice to transmit the record**

No. 08-1062

RABBI K. A. ISRAEL,
               Plaintiff - Appellant
   v.

THOMAS M. LAKE, attorney at law and INSURERS OF THOMAS MARTIN
LAKE,
               Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 6609, Joan Humphrey Lefkow, Judge

       Pursuant to Circuit Rule 11(a), the entire record is to be
transmitted to this court immediately for use in the decision in
the above named cause.

(1211-022296)