

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

February 20, 2008

Before

FRANK H. EASTERBROOK, *Chief Judge*

WILLIAM J. BAUER, *Circuit Judge*

FEB 22 2008
FILED
FEB 22 2008  YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| RABBI K. A. ISRAEL,<br>   Plaintiff-Appellant,<br><br>No. 08-1062    v.<br><br>THOMAS M. LAKE, attorney at law<br>and INSURERS OF THOMAS MARTIN LAKE,<br>   Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 07 C 6609<br>]<br>] Joan Humphrey Lefkow,<br>]      Judge. |

    Upon consideration of the request for leave to proceed as a pauper on appeal, the district court's final order, and the record on appeal,

    **IT IS ORDERED** that the motion for leave to proceed on appeal in forma pauperis is **DENIED**.

    IT IS FURTHER ORDERED that appellant shall show cause within 14 days why an order should not be entered directing the clerks of all federal courts in this circuit to return unfiled any papers submitted either directly or indirectly by or on behalf of appellant unless and until he pays in full all filing fees for all of his civil suits. *See Support Systems Int'l Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam).