

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 11, 2008

To:  Michael Dobbins
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago 60604-0000

FILED
APR 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| No.: 08-1062 | RABBI K. A. ISRAEL,<br>Plaintiff - Appellant<br><br>v.<br><br>THOMAS M. LAKE and INSURERS OF THOMAS MARTIN LAKE,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:07-cv-06609
Northern District of Illinois, Eastern Division
Court Reporter Pamela Warren
Clerk/Agency Rep Michael Dobbins
District Judge Joan Lefkow

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| **CHOOSE THE TYPE OF DISMISSAL BELOW:** | Circuit Rule 3(b) |
| ~~[redacted]~~ | ~~[redacted]~~ |
| **WHAT IS THE STATUS OF THE RECORD? CHOOSE ONE OF THE FOLLOWING:** | record to be returned later |
| ~~[redacted]~~ | ~~[redacted]~~ |

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** _____    **Received by:** _____

form name: **c7_Mandate**

form ID: **135**