**CERTIFIED COPY**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**F I L E D**

April 2008
APR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 11, 2008

| | |
|---|---|
| No.: 08-1062 | RABBI K. A. ISRAEL,<br>Plaintiff - Appellant<br><br>v.<br><br>THOMAS M. LAKE and INSURERS OF THOMAS MARTIN LAKE,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:07-cv-06609
Northern District of Illinois, Eastern Division
Court Reporter Pamela Warren
Clerk/Agency Rep Michael Dobbins
District Judge Joan Lefkow

This cause, docketed on January 9, 2008 , is **DISMISSED** for failure to timely pay the
required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**

form ID: **137**

A True Copy,
Teste:

_Denise S_____ Deputy_

Clerk of the United States
Court of Appeals for the
Seventh Circuit