

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

May 13, 2008

To:  Michael Dobbins
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago 60604-0000

F I L E D

MAY 13 2008 PH
May 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-1062 | RABBI K. A. ISRAEL,<br>Plaintiff - Appellant<br><br>v.<br><br>THOMAS M. LAKE and INSURERS OF THOMAS MARTIN LAKE,<br>Defendants - Appellees |
|---|---|

District Court No: 1:07-cv-06609
Northern District of Illinois, Eastern Division
Court Reporter Pamela Warren
Clerk/Agency Rep Michael Dobbins
District Judge Joan Lefkow

The mandate or agency closing letter in this cause issued on 04/11/08.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:          Entire record returned consisting

of

███████████████████████████████████

Pleadings:                                    1

███████████████████████████████████

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**

5-13-08

**Received by:**

P. Harrison

form name: c7_Record_Return_toDC (form ID: 205)